GRANT F. LANGLEY
City Attorney

RUDOLPH M. KONRAD
LINDA ULISS BURKE
VINCENT D. MOSCHELLA
Deputy City Attorneys

THOMAS O. GARTNER
STUART S. MUKAMAL
THOMAS J. BEAMISH
MAURITA F. HOUREN
JOHN J. HEINEN
SUSAN E. LAPPEN
JAN A. SMOKOWICZ
PATRICIA A. FRICKER
HEIDI WICK SPOERL
KURT A. BEHLING
GREGG C. HAGOPIAN
ELLEN H. TANGEN
MELANIE RUTLEDGE
JAY A. UNORA
DONALD L. SCHRIEFER
MIRIAM R. HORWITZ
MARYNELL REGAN
G. O'SULLIVAN-CROWLEY
KATHRYN Z. BLOCK
ADAM B. STEPHENS
KEVIN P. SULLIVAN
THOMAS D. MILLER
JARELY M. RUIZ
ROBIN A. PEDERSON
CHRISTINE M. QUINN
MARGARET C. DAUN
JEREMY R. MCKENZIE
MARY L. SCHANNING
PETER J. BLOCK
NICHOLAS P. DESIATO
JOANNA GIBELEV
JENNY YUAN
T.C. MAKAYA
Assistant City Attorneys



December 20, 2013

Jon W. Sanfilippo, Clerk
United States District Court
Eastern District
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: **Enrique Avina as Parent and Guardian of XXXX, a minor v. The City of Milwaukee, et al.
Milwaukee County Case No. 13-CV-009704**

Dear Clerk:

Enclosed for filing, please find Defendants' Notice of Removal with a copy of Plaintiffs' Summons and Complaint, Defendants' Answer, Affirmative Defenses and Jury Demand, Motion to Dismiss Defendants Fire and Police Commission and Defendant Milwaukee Police Department, the Brief of Defendants Fire and Police Commission and Milwaukee Police Department in Support of Their Motion for Dismissal, and the Certificate of Mailing in the above reference matter. Thank you.

Very truly yours,

/s/

JENNY YUAN
Assistant City Attorney

JY/cdr

Enclosures

c: Verona Swanigan, Esq. (w/encs.)

1032-2013-2905/198798

OFFICE OF THE CITY ATTORNEY
Milwaukee City Hall Suite 800 · 200 East Wells Street · Milwaukee, Wisconsin 53202-3551 · Telephone: 414.286.2601 · TDD: 414.286.2025 · Fax: 414.286.8550

Case 2:13-cv-01433-JPS   Filed 12/20/13   Page 1 of 1   Document 2