# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ENRIQUE AVINA,**
as Parent and Guardian
of XXXX, a Minor,

       Plaintiff,

       v.                                            Case No. 13-C-1433

**TODD BOHLEN,**
**MIKE ROHDE,**
**EDWARD A. FLYNN, and**
**CITY OF MILWAUKEE**

       Defendants.

## ORDER

The May 13, 2014, scheduling conference in this action is canceled because Plaintiff Enrique Avina ("Avina"), the parent and guardian of XXXX a minor, has failed to meet the May 5, 2014, deadline for filing a Second Amended Complaint that is consistent with the parties' stipulation. (*See* ECF No. 21.) The Court will extend the deadline for Avina to file the Second Amended Complaint to May 22, 2014. Avina is advised that failure to comply with this Order will result in dismissal of this action. *See* Civ. L.R. 41(c) (E.D.Wis.)

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

**On or before May 22, 2014**, Avina **MUST FILE** a Second Amended Complaint consistent with the parties' stipulation; and

The May 13, 2014 scheduling conference is **CANCELLED**.

Dated at Milwaukee, Wisconsin, this 6th day of May, 2014.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**