UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ENRIQUE AVINA, JR.,

              Plaintiff,

v.

TODD BOHLEN and CITY OF MILWAUKEE,

              Defendants.

Case No. 13-CV-1433-JPS

**ORDER**

On May 8, 2019, the Court issued an amended trial scheduling order (Docket #185), which set a trial date in this case for November 12, 2019. In light of this date, the Court will deny the parties' pre-trial motions, which were submitted in February 2019 in anticipation of an earlier trial date that never came to pass. (Docket #176, #181). The parties are ordered to re-submit their motions in limine by **Wednesday, October 23, 2019**. As always, the parties are encouraged to work together to achieve a mutually agreeable outcome, if possible, before seeking relief from the Court.

Additionally, Plaintiff's attorneys seek relief from a portion of the Court's Order from January 17, 2019, (Docket #174), which required the parties to submit a single final pre-trial report bearing the original inked signatures of each attorney who would actually try the case. (Docket #179, #180). Plaintiff's attorneys explain that they were logistically unable to submit a single signature page bearing each of their original signatures by the Court's deadline due to weather constraints, and therefore submitted three separate original signature pages. The Court is satisfied that good

cause existed for the lack of strict compliance with the Court's Order, and will therefore grant the motions.

Accordingly,

**IT IS ORDERED** that the parties' pre-trial motions (Docket #176, #181) be and the same are hereby **DENIED without prejudice**;

**IT IS FURTHER ORDERED** that any motions in limine will be due by **Wednesday, October 23, 2019**; and

**IT IS FURTHER ORDERED** that Plaintiff's motions for relief from a portion of the Court's Order (Docket #179, #180) be and the same are hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:13-cv-01433-JPS   Filed 08/16/19   Page 2 of 2   Document 186