UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ENRIQUE AVINA,

    Plaintiff,

  v.

                                               Case No.: 13-CV-1433

TODD BOHLEN, and
THE CITY OF MILWAUKEE

    Defendant.

## JOINT MOTION TO VACATE THE SCHEDULING ORDER AND STAY FURTHER PROCEEDINGS

Plaintiff Enrique Avina, by his attorneys, the Swanigan Firm, by Verona E. Swanigan, and the Cochran Firm Treasure Coast, by Marwan E. Porter, and Defendants Todd Bohlen and the City of Milwaukee, by their attorney, City Attorney Grant F. Langley, by Assistant City Attorney Robin Pederson, hereby jointly move the Court for an order vacating the current scheduling order and staying further proceedings, including removal of the currently scheduled jury trial set for November 12-15, 2019, from the Court's calendar. This motion is based upon the parties agreeing to terms of a settlement agreement concerning this matter, which must now be put through the legislative approval process of the City of Milwaukee.

Dated at Milwaukee, Wisconsin this 23rd day of October, 2019.

/s/ Verona E. Swanigan
Verona E. Swanigan, Esq.
SBN: 1086459
THE SWANIGAN FIRM
425 West Capitol Avenue, Suite 1533
Little Rock, AR 72201

GRANT F. LANGLEY
City Attorney

s/ ROBIN A. PEDERSON
Assistant City Attorney
State Bar No. 01045759
Attorneys for Defendant

(866) 603-5239  
(866) 603-5239 - Fax  
dandaattorneys@gmail.com

/s/ Marwan E. Porter  
Marwan E. Porter, Esq.  
FL Bar No. 026813  
THE COCHRAN FIRM TREASURE COAST  
5033 SE Federal Highway  
Stuart, FL 34997  
(772) 266-4159  
(772) 678-7566 - Fax  
mporter@cochranfirm.com

Milwaukee City Attorney's Office  
800 City Hall  
200 East Wells Street  
Milwaukee, WI 53202  
Telephone: (414) 286-2601  
Fax: (414) 286-8550  
Email: rpederson@milwaukee.gov